**Fill in this information to identify the case:**

Debtor 1: Mary Porche Johnson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of TX (State)

Case number: 20-51705-rbk

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 3213 ____ ____ ____

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/1/20 POC | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: POC 410a | 12/1/20 | (11) | $ 250.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mary Porche Johnson | Case number (if known) 20-51705-rbk |
|---|---|---|
| | First Name  Middle Name  Last Name | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Chase Berger
Signature

Date 04/05/2021

| Print: | Chase Berger | Title | Authorized Agent |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company: Ghidotti Berger, LLP

Address: 1920 Old Tustin Ave.
Number    Street
Santa Ana, CA 92705
City              State    ZIP Code

Contact phone (949) 427-2010

Email: bknotifications@ghidottiberger.com

---

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     page 2

| Invoice Date |
|---|
| 12/09/2020 |



**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Rudolphus Johnson and Mary Porche-Johnson
Case Ref Number:
Property Address: 6111 Donely Place, San Antonio, TX 78247

Investor: PRP
Area of Law:  Bankruptcy
 BK POC

Attorney: Erica Loftis -BK Staff Atty

BILLING SUMMARY:

### COSTS

| DATE | COST DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/2020 | Postage (Non-Recoverable) | $1.40 |

### FEES

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01/2020 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 12/01/2020 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $1.40 |
| Total Fees and Costs This Invoice | $801.40 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $801.40 |

Thank you for the opportunity to be of service.

**CERTIFICATE OF SERVICE**

On April 5, 2021, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

J. Todd Malaise notices@malaiselawfirm.com igotnoticessa@malaiselawfirm.com
Mary K Viegelahn documents@sach13.com
United States Trustee - SA12 USTPRegion07.SN.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On April 5, 2021, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

```
DEBTOR
Mary Porche Johnson
6111 Donely Pl
San Antonio, TX 78247
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton